FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-4199
_____

LEROY REED,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

July 11, 2019


PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leroy Reed, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.